| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF TRAILL | EAST CENTRAL JUDICIAL DISTRICT |

Caliber Home Loans, Inc., )
                             )    Civil No. _____
          Plaintiff, )
   -vs- )
                             )    **COMPLAINT**
Country Mutual Insurance Company, )    **AND**
Country Mutual Insurance Company d/b/a )    **DEMAND FOR JURY TRIAL**
Country Financial, CC Services, Inc., )
CC Services, Inc. d/b/a Country Financial, )
and Country Financial )
                             )
          Defendants. )

1.    COMES NOW, Plaintiff Caliber Home Loans, Inc., by and through its undersigned counsel, and hereby alleges and complains against Defendants Country Mutual Insurance Company, Country Mutual Insurance Company d/b/a Country Financial, CC Services, Inc., and CC Services, Inc. d/b/a Country Financial, and Country Financial (hereinafter collectively referred to as Defendants) as follows:

2.    Plaintiff, Caliber Home Loans, Inc. ("Caliber") is a foreign corporation organized under the laws of Delaware, with its principal place of being located at 1525 S Belt Line Road, Coppell, Texas 75019-4913. Caliber is currently, and was at all times relevant to this lawsuit, authorized by the North Dakota Secretary of State to do business in the State of North Dakota.

3.    Upon information and belief, Defendant Country Mutual Insurance Company is a foreign insurance company domiciled in Illinois, with its principal place of business being located at 1701 N. Towanda Avenue, Bloomington, Illinois 61701-2090. Upon information and belief, Country Mutual Insurance Company also operates and conducts its business under the name "Country Financial." Pursuant to N.D.C.C. §26.1-01-04, service may be effectuated on Country Mutual Insurance Company and Country Mutual Insurance Company d/b/a Country Financial by serving the North Dakota Insurance Commissioner.



4. Upon information and belief, Defendant CC Services, Inc. is a foreign corporation organized under the laws of Illinois, with its principal place of business being located at 1701 N. Towanda Avenue, Bloomington, Illinois 61701-2090. Upon information and belief Defendant CC Services, Inc. is currently, and was at all times relevant to this lawsuit, authorized by the North Dakota Secretary of State to do business in the State of North Dakota. Upon information and belief, Defendant CC Services, Inc. also operates and conducts its business under the name "Country Financial." Service may be effectuated on Defendants CC Services, Inc. and CC Services, Inc. d/b/a Country Financial by serving CC Services, Inc.'s registered agent for service, <u>Corporation Service Company, 1709 N 19th St., Ste. 3, Bismarck, North Dakota 58501-2121</u>.

5. Upon information and belief, Defendant Country Financial is a business entity based out of Illinois with its principal place of business being located at 1701 N. Towanda Avenue, Bloomington, Illinois 61701-2090. Upon information and belief Defendant Country Financial is not licensed to do business in the State of North Dakota, and therefore, pursuant to N.D.C.C. §10-01.1-13, service may be effectuated on Country Financial by serving the North Dakota Secretary of State.

6. This Court has jurisdiction over this action and venue is proper in Traill County, North Dakota.

7. On or about February 28, 2013, Erik Domier, Mortgagor, executed and delivered to Caliber Funding LLC, Mortgagee, his promissory note for $125,400.00, according to the Fixed Rate Note as follows with interest at the rate of 3.625% per annum on the unpaid principal balance until fully paid.

8. To secure the payment of said note, Erik Domier and Kayla Rae Domier, Mortgagors, executed and delivered to Mortgage Electronic Registration Systems, Inc. as nominee for Caliber



Case 3:18-cv-00038-DLH-ARS   Document 1-1   Filed 02/22/18   Page 3 of 5

Funding LLC, Mortgagee, a mortgage bearing the same date as the note and which described the following tract or parcel of land lying in Traill County, North Dakota:

> Part of Lot 11 of the Northwest Quarter (NW1/4) of Section 18, Township 148 North, Range 53 West of the 5th Principal Meridian, Traill County, North Dakota, lying southeasterly of and adjacent thereto Lot 10 of County Auditor's Play of the Northwest Quarter of Section 18, more particularly described as follows:
>
> Commencing at the northeast corner of said Northwest Quarter; thence southerly along the east line of said Northwest Quarter having an assumed bearing of South 00 degrees 05 minutes 56 seconds East a distance of 960.64 feet to a line being 50.00 feet southwesterly of and parallel with the southwesterly line of the Burlington Northern and Santa Fe Railway Company right of way; thence North 38 degrees 46 minutes 45 seconds West along said parallel line a distance of 28.00 feet to the point of beginning; thence continue North 38 degrees 46 minutes 45 seconds West along said parallel line a distance of 50.00 feet to the southeasterly corner of said Lot 10; thence South 51 degrees 13 minutes 15 seconds West along the southerly line of said Lot10 a distance of 208.71 feet to the southwesterly corner of said Lot 10; thence South 38 degrees 46 minutes 45 seconds East along the southeasterly extension of the westerly line of said Lot 10 a distance of 50.00 feet to a point of being 50.00 feet southerly of and parallel with the southerly line of said Lot 10; thence North 51 degrees 13 minutes 15 seconds East along said parallel line a distance of 208.71 fee in the point of beginning.
>
> Lot 10 of the Northwest Quarter of Section 18, Township 148 North, Range 53 West of the 5th Principal Meridian, Traill County, North Dakota, LESS the Northwesterly 50 feet more particularly described as follows:
>
> Commencing at the northeast corner of said Northwest, thence southerly along the east line of said Northwest Quarter having an assumed bearing of South 00 egress 05 minutes 56 seconds East a distance of 960.64 feet to a line being 50.00 feet southwesterly of and parallel with the southwesterly line of the Burlington Northern and Santa Fe Railway Company right of way; thence North 38 degrees 46 minutes 45 seconds West along said parallel line a distance of 236.71 feet to the point of binging; thence continuing North 38 degrees 46 minutes 45 seconds West along said parallel line a distance of 50.00 feet to the northeasterly corner of said Lot 10; thence South 51 degrees 13 minutes 15 seconds West along the northerly line of said Lot 10 a distance of 208.71 feet to the northwesterly corner of said Lot 10; thence South 38 degrees 46 minutes 45 seconds East along the westerly line of said Lot 10 a distance of 50.00 feet to a point being 50.00 feet southerly of and parallel with the northerly line of said Lot 10; thence North 51 degrees 13 minutes 15 seconds East along said parallel line a distance of 208.71 feet to the point of beginning, aka 214 Railroad Ave W, Hatton, ND 58240.

Mackoff Kellogg
Law Firm

Page 3 of 5

(the Property).

9. This mortgage was duly filed for record in the Office of the Register of Deeds of Traill County, North Dakota, on the 6th day of March, 2013 at 9:10 o'clock AM as Document No. 180475; which was assigned by Assignment of Mortgage to Caliber Funding LLC on the 21st day of December, 2015 at 9:00 o'clock A.M. as Document No. 185992.

10. Pursuant to the terms of the mortgage, Erik Domier and Kayla Rae Domier were required to obtain a policy of insurance against loss by fire and hazards. Erik Domier and Kayla Rae Domier obtained such an insurance policy with Defendants.

11. On or about February 4, 2015, the Property sustained damage as the result of a fire.

12. Caliber, individually as the mortgagee and/or on behalf of Erik Domier and Kayla Rae Domier, has made an insurance claim with Defendants for the damages sustained as a result of the fire which occurred on or about February 4, 2015.

13. More than six (6) months after Defendants received the submission of a claim under the insurance policy, Defendants, through retained counsel, notified Caliber that Defendants were extending coverage for the claim. This notification was dated December 19, 2017. Despite notifying Caliber that coverage was being extended on the claim, Defendants have failed to remit payment on the claim. Defendants notified Caliber coverage was being extended to the claim without any intention of making any payment to Caliber to Caliber's detrimental reliance.

14. Attempts were made to resolve with matter without the necessity for the filing of a lawsuit; however, Defendants have engaged in acts amounting to the bad faith handling of the claim. There acts include, but are not limited to, unnecessary delay in resolving the claim with the intention of causing the statute of limitation to run on the insurance claim.



15. Caliber has sustained damages as a result of Defendants breach of contact, bad faith actions, and fraud/deceit.

16. WHEREFORE, Plaintiff prays for Judgment as follows:

    A. For an award of monetary damages against Defendants in an amount exceeding $50,000.00, with the exact amount to be determined at trial;

    B. For an award of pre-judgment and post-judgment interest, reasonable attorney fees, and costs of court; and

    C. For an award of such other further relief that the Court may deem just and proper.

### Demand for Jury Trial

17. Caliber hereby demands a trial by jury of 9 on all issues triable by a jury.

Dated this 1st day of February, 2018.

>MACKOFF KELLOGG LAW FIRM
>Attorneys for Plaintiff
>38 Second Avenue East
>Dickinson, North Dakota 58601
>Telephone Number (701) 456-3210
>Fax: (701) 227-4739
>
>By: _____
>Peter D. Morowski, Attorney #07658
>pmorowski@mackoff.com