# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Caliber Home Loans, Inc., ) | |
| ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff, ) | **FOR DISMISSAL** |
| ) | |
| vs. ) | |
| ) | Case No. 3:18-cv-038 |
| Country Mutual Insurance Co., ) | |
| ) | |
| Defendant. ) | |

Before the Court is a "Stipulation for Dismissal" filed on September 11, 2018. See Docket No. 27. The Court **ADOPTS** the stipulation (Docket No. 27) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 13th day of September, 2018.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court